In re LANCASHIRE. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) In the matter of Norman F. Lancashire, as committee of the estate of Amelia Agnes Lancashire, an incompetent. No opinion. Order affirmed, without costs. See, also, 146 N. Y. Supp. 1097.

LANCASTER SEA BEACH IMPROVEMENT CO., Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. May 15, 1914.) Action by the Lancaster Sea Beach Improvement Company against the City of New York. No opinion. Motion denied, without costs. See, also, 161 App. Div. 469, 146 N. Y. Supp. 734.

LAPRETA v. JOHN T. BRADY & CO. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by Constantino Lapreta against John T. Brady & Co. No opinion. Motion denied, with $10 costs. Order filed. See, also, 160 App. Div. 930, 145 N. Y. Supp. 1130.

LASKY v. COVERDALE et al. (Supreme Court, Appellate Division. First Department. April 9, 1914.) Action by Jesse L. Lasky against Minerva Coverdale and others. No opinion. Application denied, with $10 costs. Order signed. See, also, 84 Misc. Rep. 34, 145 N. Y. Supp. 994.

LATIN–AMERICAN CONTRACTING & IMPROVEMENT CO., Respondent, v. BRODERICK, Appellant, et al. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by the Latin-American Contracting & Improvement Company against David F. Broderick, impleaded with others. S. C. Carlton, of New York City, for appellant. F. A. Gaynor, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, on Dwelle v. Allen, 151 App. Div. 717, 136 N. Y. Supp. 216. Order filed. See, also, 147 N. Y. Supp. 1122.

LATIN–AMERICAN CONTRACTING & IMPROVEMENT CO. v. BRODERICK et al. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by the Latin-American Contracting & Improvement Company against David F. Broderick, impleaded with others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 147 N. Y. Supp. 1122.

LAVEN, Respondent, v. NEW YORK TRANSP. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 17, 1914.) Action by Abraham Laven, an infant, etc., against the New York Transportation Company. T. H. Lord, of New York City, for appellant. R. O. Catlin, of Brooklyn, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

LEARY, Appellant, v. SANDBLOM, Respondent. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Action by Daniel J. Leary against Gus Sandblom. No opinion. Judgment affirmed, with costs.

LEE, Respondent, v. GERARD, Appellant, et al. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by Gerard A. Lee against Julian M. Gerard, impleaded with others. N. A. Smyth, of New York City, for appellant. L. C. Weiler, of New York City, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. Order filed.

LEE v. LEE. (Supreme Court, Appellate Division, First Department. April 9, 1914.) Action by Flora C. Lee against Ferdinand W. Lee. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

LEINER, Appellant, v. R. HOE & CO., Respondents. (Supreme Court, Appellate Division, First Department. May 15, 1914.) Action by Joseph Leiner, an infant, etc., against R. Hoe & Co. A. Benedict, of New York City, for appellant. E. C. Sherwood, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

LEMMON, Appellant, v. REID, Respondent. (Supreme Court, Appellate Division, First Department. May 15, 1914.) Action by Wilbur S. Lemmon against Wallace Reid. M. Conboy, of New York City, for appellant. H. A. Heydt, of New York City, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed. See, also, 156 App. Div. 896, 141 N. Y. Supp. 1128.

HOTCHKISS, J., dissents, so far as the item of the Banta Agency is concerned.

LENGFELD, Respondent, v. FAIRBANK, Appellant. (Supreme Court, Appellate Division, Third Department. May 6, 1914.) Action by Henrietta J. Lengfeld against Alexander W. Fairbank, as administrator, etc. No opinion. Judgment unanimously affirmed, with costs.

In re LERNER. (Supreme Court, Appellate Division, First Department. May 22, 1914.) In the matter of Leo Lerner, an attorney. No opinion. Referee's report confirmed. Settle order on notice. See, also, 158 App. Div. 883, 142 N. Y. Supp. 1127.

LERNER v. KRAUS. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by Isidor Lerner against George J. Kraus. No opinion. Application denied, with $10 costs. Order signed. See, also, 147 N. Y. Supp. 32.

LESZYNSKY et al., Respondents, v. LAWRENCE, Appellant. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by Hannah Leszynsky and others against Virginia P. Lawrence, as executrix, etc. P. B. Adams, of New York City, for appellant. L. S. Posner, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LEVINE, Appellant, v. HARTMAN REALTY CO. et al., Respondents. (Supreme Court,